TRIAL MINUTES
ALBANY, NEW YORK
WEDNESDAY, NOVEMBER 14, 2001

HON. THOMAS J. McAVOY, Presiding
CLERK:   W. Griffin (for jury selection only)
         M. Price
STENO:   T. Berical
L.C.:    J. Connor

JOHN & VINCENT ARDUINI, INC.
d/b/a Heritage Clean Company

        vs.                                   97-CV-1562

VERIZON NEW YORK, INC. &
VERIZON NEW ENGLAND, INC.


APPEARANCES:

STEPHEN J. WAITE, ESQ.
For Plaintiffs

JONES DAY LAW FIRM
BY: Willis Goldsmith & Megyn Kendall, Esq.
For Defendants

VERIZON CORPORATION
BY:   Carol Abramson, Esq.
In-house counsel for Verizon

TOBIN, DEMPF LAW FIRM
BY:   John Mitchell, Esq.
Local Counsel for Defendants


11:00 AM     Counsel in chambers for brief conference.

11:15 AM     Jury selection begins.

1:00 PM.     Recess to 2PM

2:00 PM      Jury selection continues.

Arduini v. Verizon
97-CV-1562
Appearances: Same

November 14, 2001 con't.

| | |
|---|---|
| 2:45 PM | Jury selection is complete: |

| | | | | |
|---|---|---|---|---|
| | 1. | Deborah A. Manzella | 5. | Mary A. Carrillo |
| | 2. | Tammylynn McGill | 6. | Ruben J. Rafalko |
| | 3. | James W. Betteridge | 7. | Sally A. Oakley |
| | 4. | Joann M. Lubinski | 8. | Deborah R. Pavlus |

| | |
|---|---|
| 3:00 PM | Counsel in chambers. Juror Rafalko asks to be dismissed. Attorneys agree. Mr. Rafalko is brought to chambers and excused with the thanks of the court. |
| 3:15 PM | Jury is discharged to 9:30 AM on November 15, 2001. Attorneys remain for settlement conference. |
| 3:45 PM | Attorneys in chambers. Settlement conference begins. |
| 5:00 PM | Settlement not possible at this time. Attorneys directed to return on Thursday, November 15, 2001 at 9:30 AM. |