

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

John and Vincent Arduini, Inc.
d/b/a Heritage Cleaning Company

                Plaintiff,

vs.

VERIZON NEW YORK, INC. and
VERIZON NEW ENGLAND, INC.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO.   1:97-CV-1562

---

__X__   **JURY VERDICT.**  This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **DECISION BY COURT.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS GRANTED IN PART AND DENIED IN PART.

IN ACCORDANCE WITH JUDGE KAHN'S DECISION AND ORDER FILED ON JANUARY 8, 2001.

IT IS FURTHER ORDERED AND ADJUDGED THAT UPON PLAINTIFF'S CLAIM BROUGHT UNDER 42 U.S.C. SECTION 1981, PLAINTIFF IS AWARDED COMPENSATORY DAMAGES FROM THE DEFENDANTS IN THE AMOUNT OF $416,250.00 ARISING FROM THE DEFENDANTS' VERMONT ZONE CONTRACT AND $1,912,500.00 ARISING FROM THE DEFENDANTS' NEW YORK SECTOR CONTRACT. PLAINTIFF IS NOT AWARDED PUNITIVE DAMAGES. ALL OF THE OTHER CLAIMS BROUGHT BY THE PLAINTIFF ARE DISMISSED.

IN ACCORDANCE WITH THE JURY VERDICT RENDERED ON NOVEMBER 29, 2001.

Dated:  November 30, 2001

                              **LAWRENCE K. BAERMAN**
                              Clerk of the Court

                              By:   Deputy Clerk