MOTION #2 - ALBANY MOTION DAY - 5/13/02
HONORABLE THOMAS J. McAVOY, DISTRICT JUDGE - PRESIDING
CLERK:     M. Price
STENO:    T. Berical
LC     :     J. Connor

10:00 AM     Court meets.

2.     JOHN AND VINCENT ARDUINI INC.

     VS.                                                                                   1:97-CV-1562

     NYNEX, et al

1.     DEFTS MOTION FOR JUDGMENT AS A MATTER OF LAW OR IN THE ALTERNATIVE A NEW TRIAL [94-1] - **TAKEN ON SUBMIT.**

     APPEARANCES:     None

11:00 AM     Court stands adjourned.