


# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
          FILED
        OCT - 2 2002
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton
```

John and Vincent Arduini, Inc.
d/b/a Heritage Cleaning Company

   vs.

Verizon New York, Inc. and
Verizon New England, Inc.

AMENDED
JUDGMENT IN A CIVIL CASE

**CASE NO.**   1:97-CV-1562

__X__   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS GRANTED IN PART AND DENIED IN PART, IN ACCORDANCE WITH JUDGE KAHN'S DECISION AND ORDER FILED ON JANUARY 8, 2001.

**IT IS FURTHER ORDERED AND ADJUDGED** THAT UPON PLAINTIFF'S CLAIMS BROUGHT UNDER 42 U.S.C. SECTION 1981, PLAINTIFF IS AWARDED COMPENSATORY DAMAGES FROM THE DEFENDANTS IN THE AMOUNT OF $416,250.00 ARISING FROM THE DEFENDANTS' VERMONT ZONE CONTRACT AND $0.00 ARISING FROM THE DEFENDANTS' BAYPATH ZONE CONTRACT, AND PLAINTIFF IS NOT AWARDED PUNITIVE DAMAGES ON ANY CLAIM PRESENTED TO THE JURY, IN ACCORDANCE WITH THE JURY VERDICT RENDERED ON NOVEMBER 29, 2001.

**IT IS FURTHER ORDERED AND ADJUDGED** THAT DEFENDANTS ARE GRANTED A JUDGMENT PURSUANT TO RULE 50 OF THE FEDERAL RULES OF CIVIL PROCEDURE THEREBY DISMISSING PLAINTIFF'S CLAIM BROUGHT UNDER 42 U.S.C. SECTION 1981 SEEKING DAMAGES FROM THE LOSS OF A CONTRACT WITH THE DEFENDANTS IN THE STATE OF NEW YORK (on which the Jury found on behalf of the plaintiff at trail and awarded plaintiff  $1,912,500.00 in damages on this claim) IN ACCORDANCE WITH JUDGE McAVOY'S DECISION AND ORDER FILED ON SEPTEMBER 30, 2002.

**IT IS FURTHER ORDERED AND ADJUDGED** ALL OF THE OTHER CLAIMS BROUGHT BY THE PLAINTIFF ARE DISMISSED IN ACCORDANCE WITH THE JURY VERDICT RENDERED ON NOVEMBER 29, 2001 AND THE DECISIONS AND ORDERS ISSUED IN THIS MATTER.

Dated:   October 2, 2002

**LAWRENCE K. BAERMAN**
Clerk of the Court

By:   Deputy Clerk